UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:20-cv-02460-MCS (SHK) | Date: | February 4, 2022 |
| Title: | *Steve Saray v. Ralph Diaz, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

    On November 29, 2021, the Court issued its Report and Recommendation ("R&R") and Notice of Filing of Report and Recommendation ("R&R Notice"). Electronic Case Filing Number ("ECF No.") 18, R&R; ECF No. 19, R&R Notice. On December 10, 2021, the R&R and R&R Notice were returned to the Court as undeliverable with a notation that Plaintiff Steve Saray ("Plaintiff") was "paroled/discharged." ECF No. 20, Returned R&R at 1 (capitalization normalized); ECF No. 21, Returned R&R Notice at 1 (capitalization normalized).

    Based on the recent returned mail, the Court concludes that Plaintiff failed to properly inform the Court of his updated address. Local Rule of Civil Procedure for the United States District Court for the Central District of California ("Local Rule") 41-6 requires a pro se party to keep the Court and opposing parties apprised of the party's current address, telephone number, and e-mail address, if any. If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

    Because mail sent to Plaintiff was returned as undeliverable nearly two months ago, and because Plaintiff has not notified the Court of his new address, Plaintiff is ORDERED TO SHOW CAUSE, by **February 11, 2022**, why this case should not be dismissed for failure to prosecute, follow Court orders, and follow Local Rule 41-6. Plaintiff can satisfy this order by updating the Court with his current address by the date above.

      Plaintiff is cautioned that failing to update the Court with his current address by the above stated deadline **will result in a recommendation that this action be dismissed for failure to prosecute.**

      **IT IS SO ORDERED.**