UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SARAY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　　　Defendants. | Case No. 5:20-cv-02460-MCS (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge ("R&R").  Upon sending the R&R to the last address Plaintiff provided, the Court was notified that Plaintiff was no longer at the location and no forwarding address has been provided by Plaintiff, as required under the rules. Consequently, no objections have been filed.

　　　　Therefore, the Court accepts the findings and recommendation of the Magistrate Judge.  IT IS THEREFORE ORDERED that all claims in Plaintiff's Complaint except for the Fourth Amendment and Equal Protection claims, and the corresponding Bane Act and Ralph Act claims, against Defendants Frias, Nunez, Vance, Montgomery, Strippling, Rossolio, Wright, Landry, Allen, P. Kuntz,

/ / /

1 | Messerli, and B. Wilson are **DISMISSED** without prejudice.

Dated: February 4, 2022

_____
HONORABLE MARK C. SCARSI
United States District Judge

2